MEMO ENDORSED

KURZWEG LAW OFFICES
525 WILLIAM PENN PLACE
28TH FLOOR
PITTSBURGH, PA 15219
(412) 258-2223 / FAX: (412) 774-3001
WWW.KURZWEGLAW.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-13-18

December 12, 2018

Hon. John F. Keenan
United States District Court
Southern District of New York
500 Pearl Street, Room 1930
New York, New York 10007

Re: The Row, Inc. v. Highgate Hotels, L.P., et al.
USDC for the Southern District of New York, No. 15-CV-4419-JFK

Dear Judge Keenan:

This will confirm that Plaintiff has decided to voluntarily dismiss this action without prejudice.

Please allow this letter to act as Plaintiff's letter application for an order authorizing the voluntary dismissal of this action without prejudice pursuant to Fed.R.C.P. 41(a)(2).

I advised Defendants' counsel of this request this morning and Defendants have not yet decided on their positions regarding Plaintiff's application.

Thank you.

Sincerely,

Matthew L. Kurzweg, Esquire

cc: All counsel of record by ECF only

This case is hereby DISMISSED without prejudice. The Clerk of Court is kindly directed to close this case.

SO ORDERED.
Dated: New York, New York
December 13, 2018

John F. Keenan
United States District Judge