USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-23-19

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

THE ROW, INC.,

Plaintiff,

-against-

HIGHGATE HOTELS, L.P.; RP/HH MILFORD PLAZA LESSEE L.P.; RP/HH MILFORD PLAZA LESSEE G.P. L.L.C.; and ROCKPOINT GROUP, L.L.C.,

Defendants.

No. 15 Civ. 4419 (JFK)

**ORDER**

**JOHN F. KEENAN, United States District Judge:**

It is hereby ORDERED that this Court's order of December 13, 2018 is vacated and this case be reopened.

As the Court has been advised that a settlement in this case is pending it is further

ORDERED that this action is discontinued without costs to any party, subject to reopening if settlement is not consummated within 60 days of the date of this Order. If the parties wish to reopen this matter or extend the time within which they may reopen it, they must make a letter application to this Court before this 60-day period expires.

**SO ORDERED.**

Dated: New York, New York
January 23, 2019

John F. Keenan
Hon. John F. Keenan
United States District Judge