**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

THE ROW, INC.,

Plaintiff,

v.

HIGHGATE HOTELS, L.P.; RP/HH MILFORD PLAZA LESSEE L.P.; RP/HH MILFORD PLAZA LESSEE G.P., L.L.C.; DEUTSCHE ASSET & WEALTH MANAGEMENT; DAVID WERNER REAL ESTATE; and ROCKPOINT GROUP, L.L.C.,

Defendants.

No. 15-cv-4419

**STIPULATION FOR DISMISSAL**

Pursuant to F.R.C.P. 41(a), the parties stipulate to the dismissal of this action with prejudice and without costs to either party.

Respectfully submitted,

Matthew L. Kurzweg, Esquire
Attorney for Plaintiff The Row, Inc.

Eleanor M. Lackman, Esquire
Attorney for Defendants Highgate Hotels, L.P., RP/HH Milford Plaza Lessee L.P., RP/HH Milford Plaza Lessee G.P., L.L.C., and Rockpoint Group, L.L.C.

**CERTIFICATE OF SERVICE**

I, Matthew L. Kurzweg, Esq., counsel for Plaintiff, hereby certify that a true and correct copy of the foregoing Stipulation for Dismissal upon counsel of record by way of the Court's CM/ECF filing system this 2nd day of April, 2019.

Matthew L. Kurzweg
Attorney for Plaintiff