AO 120 (Rev. 08/10)

| TO: Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK** |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court for the Southern District of New York on the following

☑ Trademarks or ☐ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| 1:15-cv-04419 | 6/8/2015 | for the Southern District of New York |

| PLAINTIFF | DEFENDANT |
|---|---|
| The Row, Inc. | Highgate Hotels, LP, et al. |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 4,511,836 | 4/8/2014 | The Row, Inc. |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **PATENT OR TRADEMARK NO.** | **DATE OF PATENT OR TRADEMARK** | **HOLDER OF PATENT OR TRADEMARK** |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Ruby Krajick | [signature] | 4/2/2019 |

**Copy 1—Upon initiation of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**
**Copy 3—Upon termination of action, mail this copy to Director**
**Copy 4—Case file copy**

**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| THE ROW, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HIGHGATE HOTELS, L.P.; RP/HH MILFORD PLAZA LESSEE L.P.; RP/HH MILFORD PLAZA LESSEE G.P., L.L.C.; DEUTSCHE ASSET & WEALTH MANAGEMENT; DAVID WERNER REAL ESTATE; and ROCKPOINT GROUP, L.L.C.,<br><br>Defendants. | ) | No. 15-cv-4419 |

**STIPULATION FOR DISMISSAL**

Pursuant to F.R.C.P. 41(a), the parties stipulate to the dismissal of this action with prejudice and without costs to either party.

Respectfully submitted,

Matthew L. Kurzweg, Esquire
Attorney for Plaintiff The Row, Inc.

Eleanor M. Lackman, Esquire
Attorney for Defendants Highgate Hotels, L.P., RP/HH Milford Plaza Lessee L.P., RP/HH Milford Plaza Lessee G.P., L.L.C., and Rockpoint Group, L.L.C.

**CERTIFICATE OF SERVICE**

I, Matthew L. Kurzweg, Esq., counsel for Plaintiff, hereby certify that a true and correct copy of the foregoing Stipulation for Dismissal upon counsel of record by way of the Court's CM/ECF filing system this 2nd day of April, 2019.

Matthew L. Kurzweg
Attorney for Plaintiff