**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

THE ROW, INC.,

Plaintiff,

v.

HIGHGATE HOTELS, L.P.; RP/HH MILFORD PLAZA LESSEE L.P.; RP/HH MILFORD PLAZA LESSEE G.P., L.L.C.; DEUTSCHE ASSET & WEALTH MANAGEMENT; DAVID WERNER REAL ESTATE; and ROCKPOINT GROUP, L.L.C.,

Defendants.

No. 15-cv-4419

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-3-19

**STIPULATION FOR DISMISSAL**

Pursuant to F.R.C.P. 41(a), the parties stipulate to the dismissal of this action with prejudice and without costs to either party.

So ordered John F. Keenan
April 3, 2019 U.S.D.J.

Respectfully submitted,

Matthew L. Kurzweg, Esquire
Attorney for Plaintiff The Row, Inc.

Eleanor M. Lackman, Esquire
Attorney for Defendants Highgate Hotels, L.P., RP/HH Milford Plaza Lessee L.P., RP/HH Milford Plaza Lessee G.P., L.L.C., and Rockpoint Group, L.L.C.